# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00383-CV

### C. G., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

### FROM THE 428TH DISTRICT COURT OF HAYS COUNTY
### NO. 20-0720, THE HONORABLE WILLIAM R. HENRY, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

We previously abated this case and remanded it to the trial court so that the parties could reach a settlement. We directed the parties to file a status report or motion to dismiss by November 9, 2022. The Department of Family and Protective Services has filed a motion to extend the abatement until after a hearing set for November 30, 2022. We grant the motion and extend the abatement until further order of this Court. The parties are instructed to file a joint status update on or before December 1, 2022. Failure to do so may result in dismissal of the appeal.

It is ordered on November 18, 2022.

Before Chief Justice Byrne, Justices Triana and Smith